**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                      **Case No: 6:22-mj-1851-DAB**

**JOHN EDWARD CROWLEY,**
**JONATHAN ALAN ROCKHOLT**
**and TYLER QUINTIN BENSCH**

_____

**ORDER MODIFYING**
**CONDITIONS OF RELEASE**

Orders Setting Conditions of Release were entered on August 24, 2022 (doc. 14, 15, 16). The conditions of pretrial release regarding defendants John Edward Crowley, Jonathan Alan Rockholt and Tyler Quintin Bensch are modified as follows:

- Travel limited to within the United States and must notify Pretrial Services of any travel outside of the state of Florida.

- Refrain from visiting the District of Columbia unless for court related proceedings and meetings with counsel.

No other conditions of supervised release are modified by this order and all other previously imposed conditions shall remain in full force and effect.

**DONE** and **ORDERED** in ORLANDO, Florida on this 25th day of August, 2022.

_David A. Baker_
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney

Counsel of record
U.S. Pretrial Services